JOHN KENNEDY & CO., INC., Appellant, *v.* NEW YORK WORLD'S FAIR 1939 INCORPORATED et al., Respondents, and HENRY BAUMGARD, INC., et al., Appellants.   (Action No. 1.)

DRIX DURYEA, INC., Plaintiff, *v.* NEW YORK WORLD'S FAIR 1939 INCORPORATED et al., Respondents, Impleaded with Others. (Action No. 2.)

Argued March 2, 1942; decided April 16, 1942.

*David Morgulas* and *M. Carl Levine* for John Kennedy & Co., Inc., et al., appellants.

*Herbert M. Rosenberg* for Henry Baumgard, Inc., appellant.

*George deForest Lord* and *Joyce Stanley* for New York World's Fair 1939 Inc., respondent.

*William C. Chanler, Corporation Counsel (Paxton Blair, Milton I. Newman* and *Albert Cooper* of counsel), for City of New York, respondent.

Judgment affirmed, with costs, and motion to dismiss appeal denied.   No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.